# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABRAHAM GERONIMO,<br><br>        Petitioner,<br><br>   v.<br><br>NEIL MCDOWELL, Warden,<br><br>        Respondent. | Case No. EDCV 19-1051-JLS (LAL)<br><br>**JUDGMENT** |

  Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 7, 2020

                HONORABLE JOSEPHINE L. STATON
                UNITED STATES DISTRICT JUDGE